UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ELIAS IRIZARRY )<br>) | Case: 21-cr-000282-3 (TSC) |

**Motion to Amend Order for Travel**

Elias Irizarry, by and through counsel, respectfully requests that this Court amend the Court's Order permitting him to travel, entered on December 14, 2021. In support of this Motion, Mr. Irizarry states the following facts.

1. Mr. Irizarry was arrested on a complaint on March 16, 2021. He was ordered released on his own personal recognizance.

2. On December 14, 2021, the Court granted him permission from the Court for travel outside of the continental United States.

3. Because of a requirement for a COVID test associated with his travel, Mr. Irizarry could not leave on December 22nd. He left on December 23rd. Moreover, many flights on the routes between Germany and the United States have been cancelled. https://abcnews.go.com/Business/wireStory/flight-cancellations-drag-airlines-short-staffed-81940149 As a result, other flights are fully booked. Mr. Irizarry and his family fly on standby because his mother is a flight attendant.

4. Ms. Irizarry has informed counsel that the earliest flight returning to the United States is on December 28th.

1

5. Counsel thus writes to inform the Court of these unforeseen travel issues. Because of the continued uncertainty with air travel, counsel requests that the Order allow some flexibility given the circumstances. Specifically, counsel requests that the Order be amended to permit Mr. Irizarry return on December 28, 2021, if feasible, or in the alternative, on the next available flight thereafter.

## Conclusion

For the reasons set forth above, Mr. Irizarry respectfully requests that this motion be granted and that the Court amend its previous Order, entered December 14, 2021.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500