UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-282 (TSC) |
| v. | : | |
| | : | |
| GRAYSON SHERRILL, | : | |
| ELIAS IRIZARRY, | : | |
| ELLIOT BISHAI, | : | |
| | : | |
| **Defendants.** | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT
ELIAS IRIZARRY'S MOTION FOR TRAVEL

The United States of America does not oppose defendant Elias Irizarry's motion to travel (ECF No. 69).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    /s/ *Grace Albinson*
GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
150 M Street, N.E.
Washington, D.C. 20002
(202) 598-3276
grace.e.albinson@usdoj.gov

1

## CERTIFICATE OF SERVICE

On April 26, 2022, a copy of the foregoing was served on counsel of record for the defendants via the Court's Electronic Filing System.

/s/ *Grace Albinson*
GRACE ALBINSON
Trial Attorney
Capitol Riot Detailee

## CERTIFICATE OF SERVICE

On April 26, 2022, a copy of the foregoing was served on counsel of record for the defendants via the Court's Electronic Filing System.

/s/ *Grace Albinson*
GRACE ALBINSON
Trial Attorney
Capitol Riot Detailee

2

## CERTIFICATE OF SERVICE

On April 26, 2022, a copy of the foregoing was served on counsel of record for the defendants via the Court's Electronic Filing System.

/s/ *Grace Albinson*
GRACE ALBINSON
Trial Attorney
Capitol Riot Detailee