Notice of Appeal Criminal

CO-290
Rev. 3/88

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Cr. No. 21-282 (TSC)-3 |
| ELIAS IRIZARRY, | : | |
| Defendant. | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**          Elias Irizarry

**Name and address of appellant's attorney:**   Eugene Ohm
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offenses:**   18 U.S.C. § 1752(a)(1) & 1752(a)(2) – Temporary residence of the president.
40 U.S.C. § 5104(e)(2)(D) & 5104(e)(2)(G) – Violent entry and disorderly conduct on Capitol grounds.

**Concise statement of judgment or order, giving date, and any sentence:**

Hearing held 05/03/2022: Motion to travel is Denied.

**Name and institution where now confined, if not on bail:**

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

  **05/11/2022**                                                           **Elias Irizarry**
     DATE                                                                     APPELLANT


**CJA, NO FEE _____ FPD _____**                             **Eugene Ohm**
**PAID USDC FEE  No**                                     ATTORNEY FOR APPELLANT
**PAID USCA FEE  No**

**Does counsel wish to appear on appeal?**   X  Yes   ___ No
**Has counsel ordered transcripts?**   X  Yes   ___ No
**Is this appeal pursuant to the 1984 Sentencing Reform Act?**   ___ Yes   X  No