# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 22-3028**  **September Term, 2021**

1:21-cr-00282-TSC-3

**Filed On: August 16, 2022** [1959598]

United States of America,

    Appellee

  v.

Elias Irizarry,

    Appellant

### M A N D A T E

In accordance with the judgment of June 24, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

    BY:    /s/
          Daniel J. Reidy
          Deputy Clerk

Link to the judgment filed June 24, 2022