CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )

                                    )

          vs.          )       Criminal Case No.: 21-282-3  (TSC)

                                      )

ELIAS IRIZARRY               )

                                    )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
Tanya S. Chutkan

United States District Judge

Date: 10/26/2022