# Exhibit 12

Awards and Certificates

Feb. 25, 2023

To Whom It May Concern:

Subject: Reference Letter

My Name is Patricia Allen Mother in-Law to be to Leonard Williams. What I know for myself is He is Hard Worker Loving Caring He Spends time with Family much as possible he's well disciplin and Family protector He's had rough patches in his life and has overcome them through Meditation & Prayer, his returning to society with new mind set cleared on life and ready to walk in it.

If needed I can be reached at 301 404-4579.

# 2019 NC Wing Drill & Ceremonies Academy

CERTIFICATE OF ACHIEVEMENT

## C/SSgt Elias Irizarry

HAS SUCCESSFULLY COMPLETED THE 2019
NC WING DRILL & CEREMONIES ACADEMY IN
MARCH 2019



*Isaac V*
C/CAPT VERMILLION

*Jordan F. Heath*
1ST LT HEATH



# United States Marine Corps



To all who shall see these presents, greeting:
Know Ye that reposing special trust and confidence in the fidelity and abilities of

## Elias Irizarry

I do appoint him

### CADET SERGEANT MAJOR
*(MERITORIOUSLY)*

in the

## Marine Corps Junior Reserve Officer Training Corps

To rank as such from the twenty ninth day of August two thousand and nineteen. The appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And, I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by superiors acting according to the rules and articles governing the discipline of the United States Marine Corps Junior Reserve Officer's Training Corps. Given under my hand at Nation Ford High School this twenty ninth day of August in the year of our Lord TWO THOUSAND and NINETEEN.

Sergeant Major John D. Logan USMC Ret.
Marine Instructor, United States Marine Corps
Junior Reserve Officer Training Corps
Nation Ford High School

Colonel Sean T. Mulcahy USMC Ret.
Senior Marine Instructor, United States Marine Corps
Junior Reserve Officer Training Corps
Nation Ford High School

# UNITED STATES AIR FORCE AUXILIARY
# CIVIL AIR PATROL
## RALEIGH-WAKE COMPOSITE SQUADRON



# HONOR FLIGHT

IS HEREBY AWARDED TO

## ALPHA FLIGHT

### 2020 CADET TRAINING WEEKEND

GIVEN ON THIS 1ST DAY OF MARCH, TWO THOUSAND AND TWENTY

_____
WILLIAM ROBERTSON, 1ST LT
2020 CTW COMMANDER

_____
NATALIA RANDOLPH, C/MAJ
2020 CTW DEPUTY COMMANDER – OPS

_____
TYLER ELROD, C/COL
2020 CTW DEPUTY COMMANDER – SUPPORT

_____
HEAVEN SULLIVAN, C/MAJ
2020 CTW COMMANDER





# Palmetto Boys State



## The American Legion
Department of South Carolina

certifies that

### Elias Christopher Irizarry
of Fort Mill

attended and participated in

### Palmetto Boys State

at Anderson University,
Anderson, South Carolina
June 9-15, 2019.

*Sinclair Lewis*, Executive Secretary



### Certificate of Academic Acceptance
## The Citadel
The Military College of South Carolina

Be it known that

## Elias Christopher Irizarry

is hereby awarded academic acceptance into the South Carolina Corps of Cadets at The Citadel in Charleston, South Carolina for the fall term beginning in the year of

## 2020

Final acceptance is contingent upon the recipient's meeting all requirements specified in the letter of academic acceptance.

13 December 2019
Date

John W. Powell, Jr.
Lieutenant Colonel, USMCR (Retired)
Director of Admissions



# Certificate of Award

2020 Scholarship Recipient
Presented to:

## Elias Irizarry

for outstanding academic achievement, leadership and community service.

The mission of the American Airlines Education Foundation is to support educational initiatives in the communities the airline serves. The Foundation does this by promoting team member engagement and funding college scholarships to dependants of airline team members.



**Ron DeFeo**
Education Foundation President



**Education Foundation 2020**





# THE CITADEL

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE MILITARY COLLEGE OF SOUTH CAROLINA
HAS AWARDED THE

## PANDEMIC SERVICE RIBBON

TO

### ELIAS IRIZARRY

FOR

EXCEPTIONALLY MERITORIOUS CONDUCT
IN THE PERFORMANCE OF OUTSTANDING SERVICE
DURING THE CHALLENGING PANDEMIC OF COVID-19
IN EXECUTING THE DUTIES OF THE COLLEGE
WITH EXCELLENCE AND PERSERVERANCE



GIVEN THIS 30TH DAY OF SEPTEMBER 2021



General Glenn M. Walters, '79, USMC (Retired)
President

# Pi Sigma Alpha
### THE NATIONAL POLITICAL SCIENCE HONOR SOCIETY

This is to Certify that

## Elias C. Irizarry

Was on the Twenty-first Day of April, Two Thousand Twenty Two
Regularly Initiated into
### Beta Iota Chapter
The Citadel

In Testimony Whereof We Have Hereunto Set Our Hands
and the Official Seal of the Society

NATIONAL PRESIDENT

EXECUTIVE DIRECTOR



 

*This certifies that*

## Cadet Elias Irizarry

*Has successfully completed the*

## MID-ATLANTIC REGION HONOR GUARD ACADEMY

*and has earned all respect and honors according to tradition and regulation.*
*Furthermore, he is designated an* **"HONOR GUARDSMAN"**

*Given under my hand this twentieth day of July, 2019*

*Mid-Atlantic Region Honor Guard Number: 050*

Todd Parsons, CMSgt, CAP
Director

